## UNITED STATES of America, Plaintiff–Appellee,

v.

## Charles Dean BRADLEY, Defendant–Appellant.

No. 05–15992

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 18, 2006.

Alison Wallace, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Charles Dean Bradley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Bradley's conviction and sentence are **AFFIRMED.**